

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| DAVID MATTHEW ORTIZ, | | No. 08-15-00344-CR |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 120th District Court |
| | § | |
| THE STATE OF TEXAS, | | of El Paso County, Texas |
| | § | |
| State. | | (TC# 20140D05092) |
| | § | |

## O R D E R

The Court GRANTS the Appellant's third motion for extension of time to file the brief until **July 13, 2016**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jim Darnell, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before July 13, 2016.

IT IS SO ORDERED this 25th day of May, 2016.


PER CURIAM


Before McClure, C.J., Rodriguez, and Hughes, JJ.